# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DAVID ANDERSON,**

          **Plaintiff,**      CASE NO. 06-10013

    vs.      DENISE PAGE HOOD
               UNITED STATES DISTRICT JUDGE

**BRIAN BATES, et al.,**

          **Defendants.**
_____/

## ORDER OF DISMISSAL

On March 8, 2006, the court entered an Order to Show Cause why the case should not be dismissed for lack of progress in accordance with Local Rule 41.2. Plaintiff having failed to respond in writing or otherwise show good cause why this action should not be dismissed for lack of progress pursuant to Local Rule 41.2:

Accordingly,

**IT IS ORDERED** that the above-captioned action is hereby **DISMISSED** without prejudice for lack of progress.

                                            s/ DENISE PAGE HOOD
                                            DENISE PAGE HOOD
                                            UNITED STATES DISTRICT JUDGE

Dated: March 29, 2006

I hereby certify that a copy of the foregoing document was served upon David A. Priehs, Esq., 28116 Orchard Lake Rd., Farmington Hills, Michigan 48334 on March 29, 2006, by electronic and/or ordinary mail.

                                             s/William F. Lewis
                                             Case Manager